IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN SIROTA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-cv-3408 |
| v. | ) | |
| | ) | Honorable Charles P. Kocoras |
| UNIFUND CCR PARTNERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Matthew T. Kinst moves this Court pursuant to Local Rule 83.17 for leave to withdraw his appearance as counsel of record, and in support of this motion states as follows:

1. On June 10, 2014, Mr. Kinst of Swanson, Martin & Bell, LLP filed his appearance as counsel of record for defendant, Unifund CCR Partners.

2. Due to his departure as an attorney from Swanson, Martin & Bell, LLP, Mr. Kinst requests withdrawal as counsel in this matter for the defendant.

WHEREFORE, Matthew T. Kinst requests he be permitted leave to withdraw as counsel of record for defendant Unifund CCR Partners.

/s/ Matthew T. Kinst
Matthew T. Kinst, Esq. (ARDC 6296945)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax
mkinst@smbtrials.com

02064-0052 / 3541198